IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MUJAAHIDA MALI RASHEEDAH
BINT DUFFY,**

       **Plaintiff,**

v.                                     Case No.  1:15cv39-MW/GRJ

**TIMOTHY W. LIZERT,**

       **Defendant.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

       This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation.  ECF No.5.   Accordingly,

       IT IS ORDERED:

       The report and recommendation is **accepted and adopted** over Plaintiff's objections as this Court's opinion.   This cause is **DISMISSED f**or lack of subject matter jurisdiction over Plaintiff's constitutional claims pursuant to 38 U.S.C. § 511.  Additionally, Plaintiff has failed to show that her breach of contract claim against the VA is reviewable in this court and, therefore, this action must be

1

**DISMISSED** for lack of jurisdiction.   The Clerk shall close the file.

**SO ORDERED on April 15, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
